**Motion for Rehearing Granted; Memorandum Opinion filed October 27, 2015, Withdrawn; Appeal Reinstated; and Order filed December 16, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00506-CV
_____

## WEST CRESTMONT HOUSTON USA, LLC, THE PROPERTY KNOWN AS 5602 SELINKSY, Appellant

### V.

## CITY OF HOUSTON, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2013-64401**

---

### ORDER

On October 27, 2015, this court issued an opinion dismissing this appeal. On November 10, 2015, appellant filed a motion for rehearing. The motion is **GRANTED**. This court's opinion filed October 27, 2015, is **WITHDRAWN**, and our judgment of that date is **VACATED**. The appeal is ordered **REINSTATED**.

Additionally, the parties are requested to file briefing addressing the existence of appellate jurisdiction by **December 31, 2015**.